IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                         CRIMINAL NO. 11-CR-30152-DRH

MARK CLARKE,

        Defendant.

# ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

On January 23, 2012, this Court entered an order for forfeiture against defendant Mark Clark for the following property which had been seized from said defendant:

1. **$196,635.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008;**

2. **$187,290.00 in United States currency seized from David Clarke and Linda Spence on March 3, 2008;**

3. **$136,420.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008; and**

4. **$90,291.00 in United States currency seized from Linda Spence on March 3, 2008.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February

5, 2012, and ending March 5, 2012, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 23, 2012, namely:

1. **$196,635.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008;**

2. **$187,290.00 in United States currency seized from David Clarke and Linda Spence on March 3, 2008;**

3. **$136,420.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008; and**

4. **$90,291.00 in United States currency seized from Linda Spence on March 3, 2008.**

The United States Marshal shall dispose of the property according to law.

**DATE: May 30, 2012**

David R. Herndon
2012.05.30
05:10:21 -05'00'

**Chief Judge**
**United States District Court**

2